# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| RASHON MITCHELL | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2113(a) (bank robbery - 5 counts) |
| | : | 18 U.S.C. § 2113(a) (attempted bank robbery - 2 counts) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 25, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, took from employees of the Firstrust Bank, located at 1901 Walnut Street, lawful currency of the United States, that is, approximately $3,000, belonging to, and in the care, custody, control, management, and possession of the Firstrust Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 28, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, attempted to take from employees of the Polonia Bank, located at 2113 Spring Garden Street, lawful currency of the United States, belonging to, and in the care, custody, control, management, and possession of the Polonia Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, took from employees of the Firstrust Bank, located at 1515 Market Street, lawful currency of the United States, that is, approximately $1,820, belonging to, and in the care, custody, control, management, and possession of the Firstrust Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 4, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, took from employees of the TD Bank, located at 4020 City Avenue, lawful currency of the United States, that is, approximately $3,000, belonging to, and in the care, custody, control, management, and possession of the TD Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 7, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, attempted to take from employees of the Bank of America, located at 4610 City Avenue, lawful currency of the United States, belonging to, and in the care, custody, control, management, and possession of the Bank of America, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 7, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## RASHON MITCHELL

knowingly and unlawfully by force and violence, and by intimidation, took from employees of the PNC Bank, located at 4060 City Avenue, lawful currency of the United States, that is, approximately $2,621, belonging to, and in the care, custody, control, management, and possession of the PNC Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

<u>**COUNT SEVEN**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 9, 2009, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**RASHON MITCHELL**

knowingly and unlawfully by force and violence, and by intimidation, took from employees of

the Wachovia Bank, located at 75 E. City Avenue, lawful currency of the United States, that is,

approximately $687, belonging to, and in the care, custody, control, management, and possession

of the Wachovia Bank, the deposits of which were insured by the Federal Deposit Insurance

Corporation.

In violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL:**


_____

**FOREPERSON**


_____

**MICHAEL L. LEVY**
**United States Attorney**