# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RASHON MITCHELL

**WARRANT FOR ARREST**

CASE NUMBER: 09-712 ~~09-1610M~~

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RASHON MITCHELL**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation notice ☐ Probation violation petition

charging him or her with (brief description of offense)

On or about September 28, 2009, attempting to rob the Polonia Bank branch (an FDIC-insured institution) located at 2133 Spring Garden Street, Philadelphia, Pennsylvania; and

On or about September 29, 2009, robbing the Firstrust Bank branch (an FDIC-insured institution) located at 1515 Market Street, Philadelphia, Pennsylvania, in violation of 18 U.S.C. § 2113(a);

In violation of Title 18 United States Code, Section(s) 2113(a)

Honorable Timothy R. Rice
Name of Issuing Officer

*[signature: Timothy R. Rice]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

10/7/09  Philadelphia, PA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 10-7-09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-14-09 | Bastian Freund, Special Agent, FBI | FBI |

C. Sykes Authorizing